**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  15-cv-00618-LTB

BLUE SKY PLUMBING & HEATING, INC., a Colorado corporation,

      Plaintiff,

v.

BLUE SKIES PLUMBING & HEATING, INC., n/k/a BLUE SKIES PLUMBING, WS LLC, a Colorado limited liability company,

      Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal (Doc 9 - filed May 5, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:  May 5, 2015